UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTOPHER FOSTER,**

      Petitioner,                      Case No. 2:23-cv-433
                                          JUDGE EDMUND A. SARGUS, JR.
   v.                              Magistrate Judge Kaern L. Litkovitz

**STATE OF OHIO,**

      Respondent.

## ORDER

This matter was closed and judgment entered on July 26, 2023, which rendered moot the pending motions filed at docket numbers 1, 3, and 6.  The Clerk is **DIRECTED** to **DENY as MOOT** these three motions.  (ECF Nos. 1, 3, 6.)

      **IT IS SO ORDERED.**


**8/10/2023**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**